**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.:16-60483-CV-COHN

MARIANNE ERRANTE,

   Plaintiff,           **JOINT STIPULATION FOR**
vs.                  **DISMISSAL WITH PREJUDICE**

CMRE FINANCIAL SERVICES, INC.

   Defendant.
_____/

  Plaintiff, MARIANNE ERRANTE, and Defendant, CMRE FINANCIAL SERVICES, INC., by and through their undersigned counsel, hereby stipulate and agree that all claims set forth in this action between them shall be dismissed with prejudice, with each party bearing their own attorneys' fees and costs.

  Dated this 16th day of May, 2016.

| | |
|---|---|
| /s/Michael Jay Ringelheim | /s/ Jeremy R. Singer |
| MICHAEL JAY. RINGELHEIM, ESQ. | MICHELE L. STOCKER, ESQ. |
| Florida Bar No.: 93291 | Florida Bar No. 0044105 |
| mringelheim@gmail.com | stockerm@gtlaw.com |
| RC Law Group, PLLC | JEREMY R. SINGER, ESQ. |
| 285 Passaic Street | Florida Bar No.: 092049 |
| Hackesnsack, NJ, 07601 | singerj@gtlaw.com |
| Telephone: (201)-282-6500 ext 254 | GREENBERG TRAURIG, P.A. |
| | 401 East Las Olas Boulevard, Suite 2000 |
| | Fort Lauderdale, FL 33301 |
| | Telephone:    (954) 765-0500 |

*FTL 110706030v1*